**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                     Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT D. ROBINSON, )<br>)<br>                     Defendant. )<br>_____) | No. 1:18-cv-0015-HRH |

O R D E R

Case Status

In the course of scheduling for this case, a question arose concerning whether or not defendant was entitled to a jury trial. The parties have been unable to come to an agreement on the foregoing issue, and the court has received plaintiff's memorandum arguing that there is no right to a jury trial in this case.[1] Defendant's response to the foregoing was due on or May 8, 2019.[2] No response has been filed.

The court concludes that defendant is not entitled to a jury trial for the reason that the Seventh Amendment[3] preservation of a party's right to a jury trial does not apply to

---

[1]Docket No. 16.

[2]Docket No. 17.

[3]U.S. Const. amend. VII.

Order – Case Status                                                                             - 1 -

suits such as this that invoke the court's admiralty jurisdiction. Craig v. Atlantic Richfield Co., 19 F.3d 472, 475 (9th Cir. 1994).

DATED at Anchorage, Alaska, this  13th  day of May, 2019.

/s/ H. Russel Holland
United States District Judge